# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 0709930 | Grieco | 1295 |

CVB Location Code: Ey51

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07-12-08 1210 HRS
Offense Charged: 18 USC 661 ☒ USC ☐ CFR ☐ State Code
Place of Offense: United States Department of Veterans Affairs - 800 Poly Place Brooklyn NY 11209 Human Resources Rm 1-5A
Offense Description: Theft - Personal Property 18 USC 661

### DEFENDANT INFORMATION

Last Name: Williams
First Name: Joshua
MI:
Phone: ( )
Street Address: 2950 West 35 ST
City: Brooklyn  State: NY  Zip Code: 11224
Drivers License No: [blank]  DL State: NY  Social Security No: [blank]
Date of Birth (mm/dd/yyyy): 03-01-83

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BL   Eyes: BR   Height: 5-09   Weight: 145

### VEHICLE DESCRIPTION VIN

Tag No | State | Year | Make/Model | Color

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $_____ Forfeiture Amount
+ $25 Processing Fee
$_____ Total Collateral Due

YOUR COURT DATE: SEP 16 2008

Court Address: _____
Date (mm/dd/yyyy): _____   Time (hh:mm): _____

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07-12-, 20 08 while exercising my duties as a law enforcement officer in the Eastern District of New York

ON 07-12-08 Joshua Williams, a Volunteer Student who was seen entering VA Facility Human Resources Rm 1-51A. Securing a portfolio Bag. This was recorded on view surveillance cameras. Mr Williams was remembered on Feb 25, 2008 as a Volunteer Student Assigned to the Tim Sharpe MS. Investigation revealed there were several eye witnesses when Pilfer Revealed. The subject was then Brought In for an interview. Plain View Report - EOP-07-12-12.

Eye witnesses: Derek's guys, Russell Doleiul, Dean Persieux, Sandy Persieux, Bella Osmis - Former Information, Tiffany Greene Securn Report, Ryan Gatts #08-07-12-1210
APS 08-08-10-09 MG

X The foregoing statement is based upon
X my personal observation   X my personal investigation
_____ information supplied to me from my fellow officer's observation
_____ other (explain above) X witness's

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on _____ Date (mm/dd/yyyy) _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____ Date (mm/dd/yyyy) _____ US Magistrate Judge

CVR Scan 8/5/2008 no 58 24

ADJ 10/14/08
Adj to 10/30/08 CB
ADJ 11/14/08 MG
ADJ 12/6/08
ADJ 1/13/09
ADJ 1/29/09
ADJ 2/20/09

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| 0709931 | GRIEO | 1295 |

CVB Location Code: EY57

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07-12-08 AT 1210 HRS
Offense Charged: 1.218(B) VA Reg 11   ☐ CFR ☐ USC ☐ State Code
Place of Offense: AT UNITED STATES DEPARTMENT of Veterans Affairs 800 Poly Place Brooklyn NY 11209
Offense Description: Trespass on VA property 1.218 CB) VA Reg 11

### DEFENDANT INFORMATION

Last Name: Williams
First Name: Joshua
Street Address: 2950 West 35 ST
City: Brooklyn NY
State: NY
Zip Code: 1024
DL State: NY
DOB: 03-01-89

### VEHICLE DESCRIPTION

Tag No, State, Year, Make/Model, Color — (blank)

☒ A IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
☐ B IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

PAY THIS AMOUNT → $ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE

SEP 16 2008

X Defendant Signature

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07-12-08, 20 08 while exercising my duties as a law enforcement officer in the Eastern District of New York

On 07-12-08 Joshua Williams the volunteer student who was terminated on Feb 25-2008 was on VA property with a ID card that was issued by the facility, he was advised in writing by several witnesses who he entered him in the CCTV cameras entering the VA Building and stealing a packet Book from General Hospital Request RM 1-E12

See Investigation Report UPR # OG-07-12-120

Executed on ___ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on 02-10-09 Date (mm/dd/yyyy) JMG
CVB Scan 8/5/2008  U S Magistrate Judge

0709931

Various annotations: ADJ 9/26/08, 10/14/08, Adj 10/30/08, 11/12/08 MG, 11/13/09, 11/29/09

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| EY 51 | 0709932 | BRICCO | 6295 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07-12-08 AT 1210 hrs | NYS Penal Law 190.23 |

| Place of Offense |
|---|
| Veterans Memorial Goss Poly Place Brooklyn NY 11205 |

| Offense Description |
|---|
| False Personation NYS Penal Law 190.23 |

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone ( ) |
|---|---|---|---|
| Williams | Joshua | | |

| Street Address |
|---|
| 2450 West 35 St |

| City | State | Zip Code |
|---|---|---|
| Brooklyn | NY | 11224 |

| Drivers License No | D.L. State | Date of Birth (mm/dd/yyyy) |
|---|---|---|
| 03-01-89 | | |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair Bn | Eyes Bn | Height 5-09 | Weight 145 |

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| | SEP 16 2008 | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

0709932

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07-12 20 08 while exercising my duties as a law enforcement officer in the Eastern District of New York

ON 07-12-08 Joshua Williams a volunteer student who was ten minutes late in Feb 28, 2008 with seen on the CCTV surveillance cameras entering human resources Rm 1-515 creating a possible break-in. Ma. Williams was positively identified by several witnesses from the CCTV surveillance cameras as Joshua Williams assigned to the Jim Thorpe High School program. Below is a list of eye witnesses:

Russell W. Dolecal - voluntary Staff
Sandy Piperdes - Jim Thorpe H.S.
Beller Ornis - Tim Chuff H.S.
Tiffany Greene - Human Resource
Diane Pensoul - Human Resource
Rolen Gil - Human Resource
Bonek's Tayc - Human Resource
For more Information see OCR # 09-07-12-110

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above) Eye witnesses

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____ Date (mm/dd/yyyy) _____ Officer's Signature _____

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy) _____ U.S. Magistrate Judge

CVB Scan 8/5/2008 09:59:21

---

Annotations (margin):
- ADJ 10/14/08
- Adj to 10/30/08
- ADJ TO 11/12/08
- ADJ. 11/12/08
- ADJ. 11/3/09
- 11/26/08
- 1/26/09