

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

PEN:CP

*271 Cadman Plaza Eas*
*Brooklyn, New York   11201*

November 19, 2008

Adam Maltz
Cory Mescon
Student Attorneys for the Federal Defender Criminal Clinic
Washington Square Legal Services
161 Avenue of the Americas, 4th Floor
New York, New York 10013

> Re:  United States v. Joshua Williams
>      Violation Nos. 0709931, 0709932, 079930

Dear Mr. Maltz and Mr. Mescon:

    Please be advised that the government is filing the following amended charges in the above-referenced case:

    Violation No. 0709330 is hereby amended to a violation of New York Penal Law § 110/155.25, attempted petit larceny, a class B misdemeanor, applicable in this case under the Assimilated Crimes Act, 18 U.S.C. § 13;

    Violation No. 0709931 is hereby amended to a violation of 38 C.F.R. §§ 1.218(a)(2) and 1.218(b)(8); and

    Violation No. 0709932 is hereby amended to a violation of New York Penal Law § 110/190.25, attempted criminal impersonation, a class B misdemeanor, applicable in this case under the Assimilated Crimes Act, 18 U.S.C. §13.

- 2 -

Additionally, please advise whether you will consent to bring your client in for photographing and fingerprinting in lieu of subpoena.

                          Very truly yours,

                          BENTON J. CAMPBELL
                          United States Attorney

By: _____
        Patricia E. Notopoulos
        Assistant U.S. Attorney
        (718) 254-6345

By: _____
        Christopher Passavia
        Joshua Dunn
        Student Prosecutors

cc: Clerk of the Court